# CASES REPORTED WITH BRIEF SYLLABI

AND

# DECISIONS HANDED DOWN WITHOUT OPINION.

MARTIN BOYLE, Respondent, *v.* GEORGE A. FULLER COMPANY, Appellant.

Appeal from judgment of the Supreme Court, entered in the New York county clerk's office on the 11th day of October, 1913, upon the verdict of a jury, and also from an order entered on the 21st day of October, 1913, denying a motion for a new trial.

PER CURIAM: We do not think that the placing and maintenance of the uncovered pipe upon the floor was the proximate cause of the injury to the plaintiff, and, therefore, the finding of the jury that the defendant's negligence caused the plaintiff's injury was without evidence to sustain it. The judgment and order must be reversed and a new trial ordered, with costs to appellant to abide the event. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ. Judgment and order reversed, new trial ordered, costs to appellant to abide event.